# Exhibit #1

# THE MCDANIEL LAW GROUP, P.L.L.C.
### ATTORNEYS AT LAW
1920 L Street NW, Suite #303, Washington, DC 20036
Telephone (202)331-0793 ♦ Facsimile (202)331-7004/(202) 765-2250

Brian K. McDaniel, Esq.
brianmac1911@aol.com
Admitted in DC, MD & WA

Nesibneh A. St. Hill, Esq.
nesibneh@gmail.com
Admitted in MD & DC

*January 15, 2016*

**VIA HAND-DELIVERY**
*D.C. Office of Risk Management*
*Attn: Claims Bureau*
*441 4th Street, N.W., Suite 800 South*
*Washington D.C. 20001*

DC OFFICE OF RISK MGMT

RECV'D JAN 15 '16 AM 10:

*Mayor Muriel Bowser*
*1350 Pennsylvania Avenue, N.W.,*
*Washington D.C. 20004*

Re:          Notice of Claim:          *False Report, Malicious Prosecution, False*
*Arrest, Harassment and Intentional*
*Infliction of Emotional Distress*

Claimant:          *Vashti Valma Sherrod*
*920 Lake Front Drive*
*Mitchellville, Maryland 20721*

Date of Incident:          *July 20, 2015*

Time of Incident:          *Began in and around the early morning hours of July 20, 2015*

Location of Incident:          *920 Lake Front Drive, Mitchellville, Maryland 20721*

To Whom It May Concern:

      *Pursuant to D.C. Code § 12-309, this letter is to provide notice of claim and to advise you that The McDaniel Law Group, P.L.L.C. will represent the claimant, Vashti Valma Sherrod, in connection with a false report that was filed against her by Detective Phillip J. McHugh and the ensuing harassment which led to her false arrest and the malicious prosecution.*

      *On July 20, 2015, officers of the Metropolitan Police Department, including Detective Phillip J. McHugh, executed a search warrant at the home of Vashti Valma Sherrod located at 920 Lake Front Drive, Mitchellville, Maryland 20721 in the early hours of the morning based on Detective McHugh's affidavit in support of an arrest warrant for Mrs. Sherrod which was filled with information that Detective McHugh knew*

1

to be untrue and/or inaccurate or at least should have known that the information was untrue and/or inaccurate. As a result of the inaccurate information in the aforementioned affidavit, Mrs. Sherrod was arrested and transported to Central Cell Block in the District of Columbia. Mrs. Sherrod was held for more than twenty-four hours before she was finally taken before Judge Renee Raymond. At this hearing, Mrs. Sherrod was informed that she was being charged with Assault With A Dangerous Weapon and was released. The case was captioned as United States of America v. Vashti Sherrod with case number 2015 CF2 009758.

Subsequent to her release, Mrs. Sherrod was forced to secure counsel at her expense to defend against the false claims. On January 6, 2016, after having the aforementioned case hanging over her head almost six (6) months, the case was dismissed at the behest of the government.

Mrs. Sherrod endured financial expenses by having to hire counsel to defend against these false allegations which could have been avoided if not for the false affidavit submitted by Detective Phillip J. McHugh. Moreover, Mrs. Sherrod experienced emotional distress, embarrassment and disparagement by having officers come to her home and remove her in handcuffs for all her neighbors to see. Mrs. Sherrod believes that the District of Columbia is responsible for the injuries she sustained as a result of Detective McHugh's actions and that she should be compensated for those injuries.

As stated earlier, this correspondence serves as the Mrs. Sherrod's notice in compliance with the D.C. Code § 12-309 and is also being filed within the six month time period.

Should you have any questions or concerns or wish to discuss this matter further, please feel free to contact us at your convenience.

Very truly yours,

Brian K. McDaniel, Esq.
Counsel for Mrs. Sherrod

2