UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD <br> EUGENE SHERROD <br><br>     Plaintiffs <br><br> vs. <br><br> PHILLIP MCHUGH <br> DISTRICT OF COLUMBIA <br> DIANE LEE SCHULZ <br><br>     Defendants | Case No. 1:16-cv-00816 (RC) |

## ANSWER OF DEFENDANT DIANE LEE SCHULZ
## TO PLAINTIFFS' FIRST AMENDED COMPLAINT

COMES NOW the defendant herein DIANE LEE SCHULZ, by and through counsel, Martell, Donnelly, Grimaldi & Gallagher, and answers the First Amended Complaint as follows:

### FIRST DEFENSE

This defendant denies that this Court has proper jurisdiction concerning claims against defendant Schulz as those claims do not involve an amount in excess of $75,000.

### SECOND DEFENSE

Upon information and belief, this defendant admits the allegations contained in Paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 13 of the First Amended Complaint.

### THIRD DEFENSE

This defendant admits the allegations contained in Paragraph 14 of the First Amended Complaint.

## FOURTH DEFENSE

This defendant denies all allegations contained in Paragraphs 15 through 55, as phrased, and demands strict proof thereof.

### COUNTS 1 THROUGH 5, 7, 8, & 9, 12, 13, 14 & 16
### FIFTH DEFENSE

Counts 1 through 5, 7, 8 and 9, 12, 13, 14 & 16 are allegations addressed to co-defendant and need not be answered by this defendant.

### COUNT 6
### SIXTH DEFENSE

Count 6 fails to state a claim upon which relief can be granted and should be dismissed.

### SEVENTH DEFENSE

This defendant denies all allegations contained in Paragraph 6.

### COUNT 10
### EIGHTH DEFENSE

Count 10 is addressed to co-defendant and need not be answered by this defendant.

### COUNT I1
### NINTH DEFENSE

Count II is addressed to co-defendant and need not be answered by this defendant.

### TENTH DEFENSE

This defendant is without sufficient information so as to form a belief as to the injuries and damages allegedly sustained by plaintiffs however in the alternative denies

all such injury and damage.

## ELEVENTH DEFENSE

All allegations not specifically admitted herein are hereby denied.

Respectfully submitted,

MARTELL, DONNELLY, GRIMALDI & GALLAGHER


 /s/ David F. Grimaldi
David F. Grimaldi          #005306
1900 L Street, N. W., Suite 703
Washington, D. C. 20036
(202) 293-0830
Counsel for defendant Diane Lee Schulz
d.grimaldi@mdgg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer of Defendant Diane Lee Schulz to Plaintiffs' First Amended Complaint was e-filed with the Court and counsel this   20th   day of June, 2016.

Kenneth D. Bynum, Esquire
Bynum & Jenkins, PLLC
1010 Cameron Street
Alexandria, Virginia 22314

Peter T. Enslein, Esquire
Law Offices of Peter T. Enslein, P.C.
1738 Wisconsin Avenue, N.W.
Washington, D.C. 20007

Joseph A. Gonzalez, Esquire
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001-2714


 /s/ David F. Grimaldi
David F. Grimaldi