UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD, *et al*, ,<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIP MCHUGH, *et al.,*<br><br>Defendants. | Civil Action 16-816 (RC) (GMH) |

### DEFENDANTS, DISTRICT OF COLUMBIA AND PHILLIP MCHUGH'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Defendants, District of Columbia and Phillip McHugh, moves this Court for an order dismissing with prejudice all claims against them. The Defendants state that there is no genuine dispute as to any material fact and the Defendants are entitled to judgment as matter of law. Fed. R. Civ. P. 56, LCvR 7(h).

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/David A. Jackson
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC  20001
(202) 724-6618
(202) 741-8999 (fax)
davida.jackson@dc.gov

/s/ *Judson N. Kempson*
JUDSON N. KEMPSON [1022027]
Assistant Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, DC 20001
(202) 442-9845
(202) 730-1897(fax)
judson.kempson@dc.gov