UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD, *et al*, ,<br><br>    Plaintiffs,<br><br>v.<br><br>PHILLIP MCHUGH, *et al.,*<br><br>    Defendants. | Civil Action 16-816 (RC) (GMH) |

## NOTICE REGARDING DEFENDANTS' EXHIBIT BINDER

On December 21, 2018, undersigned counsel attempted to deliver a binder of Defendant District of Columbia and Philip McHugh's proposed trial exhibits pursuant to the Court's October 2, 2018 Pretrial Order [ECF #86]. However, the Court's mailroom had closed for the day, and undersigned counsel was unable to deliver the binder. Because the Court will be closed Monday, December 24 and Tuesday, December 25, undersigned will deliver to the Court the binder in the morning on Wednesday, December 26, 2018.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/David A. Jackson
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General

        441 Fourth Street, NW
        Suite 630 South
        Washington, DC  20001
        (202) 724-6618
        (202) 741-8999 (fax)
        davida.jackson@dc.gov

        /s/ *David I. Schifrin*
        DAVID I. SCHIFRIN [242430]
        Assistant Attorney General
        441 4th Street, NW, Suite 630 South
        Washington, DC  20001
        (202) 442-9845
        (202) 741-8923(fax)
        david.schifrin@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2018, I served a copy of the foregoing via CM/ECF on the following:

Kenneth D. Bynum, Esq.
Bynum & Jenkins, PLLC
1010 Cameron Street
Alexandria, VA 22314

Peter T. Enslein, Esq.
Law Offices of Peter T. Enslein, P.C.
1738 Wisconsin Avenue, NW
Washington, D.C. 20007

*Attorneys for Plaintiffs*

David F. Grimaldi, Esq.
Martell, Donnelly, Grimaldi & Gallagher
1900 L Street, NW, Suite 320
Washington, D.C. 20036

*Attorney for Defendant Diane Lee Schulz*