UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PHILLIP MCHUGH, *et al.*,<br><br>Defendants. | Civil Action 16-816 (RC) (GMH) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COUNT 11 OF THE SECOND AMENDED COMPLAINT AGAINST DEFENDANT SCHULZ**

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), it is hereby stipulated and agreed by and between all parties to this action that Count 11 of the Second Amended Complaint against Defendant Diane Lee Schulz is dismissed with prejudice.

Dated: March 12, 2019

Respectfully submitted,

/s/ *Peter T. Enslein*
Peter T. Enslein
Law Offices Of Peter T. Enslein, P.C.
1738 Wisconsin Avenue, NW
Washington, DC 20007
(202) 329-9949
Fax: (202) 625-3490
Email: peter@ensleinlaw.com

/s/ *Kenneth D. Bynum*
Kenneth D. Bynum
Bynum & Jenkins
1010 Cameron Street
Alexandria, VA 22314
(703) 549-7211
Fax: (703) 549-7701
Email: kbynum@bynumandjenkinslaw.com

*Attorneys for Plaintiffs Vashti Sherrod & Eugene Sherrod*

/s/ *David F. Grimaldi*
David F. Grimaldi
Martell, Donnelly, Grimaldi & Gallagher, PA
1900 L Street, NW
Suite 320
Washington, DC 20037
(202) 293-0830
Fax: (202) 452-8460
Email: d.grimaldi@mdgg.com

*Attorney for Defendant Diane Lee Schulz*

/s/ *David A. Jackson*
David A. Jackson [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC  20001
(202) 724-6618
(202) 741-8999 (fax)
davida.jackson@dc.gov

*Attorneys for Defendants District of Columbia & Phillip McHugh*

## CERTIFICATE OF SERVICE

This certifies that, on March 12, 2019, a true and correct copy of the foregoing was served electronically, *via* ECF electronic filing, to all counsel of record.

/s/ *Peter T. Enslein*
Peter T. Enslein

2