UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VASHTI SHERROD, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PHILLIP MCHUGH, *et al.,*<br><br>    Defendants. | Civil Action 16-816 (RC) (GMH) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(ii), the Clerk shall dismiss all claims, including claims for punitive damages, against Defendant Phillip McHugh with prejudice and without any admission of liability.   Each party shall bear its own fees, costs, and expenses.

Respectfully submitted,

/s/ *Peter T. Enslein*
Peter T. Enslein
LAW OFFICES OF PETER T. ENSLEIN, P.C.
1738 Wisconsin Avenue, NW
Washington, DC 20007
(202) 329-9949
Fax: (202) 625-3490
Email: peter@ensleinlaw.com

/s/ *Kenneth D. Bynum*
Kenneth D. Bynum
BYNUM & JENKINS
1010 Cameron Street
Alexandria, VA 22314
(703) 549-7211
Fax: (703) 549-7701
Email: kbynum@bynumandjenkinslaw.com

*Attorneys for Plaintiffs Vashti Sherrod & Eugene Sherrod*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

MICHAEL K. ADDO
Chief, Civil Litigation Division, Section IV

/s/ David A. Jackson
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC  20001
(202) 724-6618
(202) 741-8999 (fax)
davida.jackson@dc.gov

*Attorneys for Defendants District of Columbia & Phillip McHugh*

/s/ David F. Grimaldi
David F. Grimaldi
MARTELL, DONNELLY, GRIMALDI & GALLAGHER, PA
1900 L Street, NW
Suite 320
Washington, DC 20037
(202) 293-0830
Fax: (202) 452-8460
Email: d.grimaldi@mdgg.com

*Attorney for Defendant Diane Lee Schulz*

## CERTIFICATE OF SERVICE

This certifies that, on March 19, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically, via ECF electronic filing, to all counsel of record.

/s/ Peter T. Enslein
Peter T. Enslein