**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

VASHTI SHERROD, *et al.*,

        Plaintiffs,

    v.

PHILLIP MCHUGH, *et al.,*

        Defendants.

Civil Action 16-816 (RC) (GMH)

<u>**PRAECIPE OF DISMISSAL**</u>

The Clerk of the Court will please mark the above-captioned case as **SETTLED** as to all claims and between all parties, and **DISMISSED WITH PREJUDICE**, each party to bear its own fees, costs, and expenses.

Dated: March 19, 2019

Respectfully submitted,

/s/ *Peter T. Enslein*
Peter T. Enslein
LAW OFFICES OF PETER T. ENSLEIN, P.C.
1738 Wisconsin Avenue, NW
Washington, DC 20007
(202) 329-9949
Fax: (202) 625-3490
Email: peter@ensleinlaw.com

/s/ *Kenneth D. Bynum*
Kenneth D. Bynum
BYNUM & JENKINS
1010 Cameron Street
Alexandria, VA 22314
(703) 549-7211
Fax: (703) 549-7701
Email: kbynum@bynumandjenkinslaw.com

*Attorneys for Plaintiffs Vashti Sherrod & Eugene Sherrod*

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

MICHAEL K. ADDO
Chief, Civil Litigation Division, Section IV

/s/ *David A. Jackson*
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, DC  20001
(202) 724-6618
(202) 741-8999 (fax)
davida.jackson@dc.gov

*Attorneys for Defendants District of Columbia &*
*Phillip McHugh*

/s/ *David F. Grimaldi*
David F. Grimaldi
MARTELL, DONNELLY, GRIMALDI &
GALLAGHER, PA
1900 L Street, NW
Suite 320
Washington, DC 20037
(202) 293-0830
Fax: (202) 452-8460
Email: d.grimaldi@mdgg.com

*Attorney for Defendant Diane Lee Schulz*

## CERTIFICATE OF SERVICE

This certifies that, on March 19, 2019, a true and correct copy of the foregoing Praecipe

of Dismissal was served electronically, via ECF electronic filing, to all counsel of record.

*Peter T. Enslein*
Peter T. Enslein